UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NOLAN McSWAIN, | ) | NO. CV 09-7605-DDP(CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| S.A. HOLENCIK, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

For the reasons stated in the memorandum and order dismissing successive petition for writ of habeas corpus, IT IS HEREBY ADJUDGED that this petition is denied and dismissed.

DATED: November 20, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE